No. 954. CBN CORP., FORMERLY COLUMBIAN CARBON Co. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Robert J. Casey* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Grant W. Wiprud* for the United States.

No. 957. WISSNER *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Carl L. Shipley* and *Rufus W. Peckham, Jr.,* for petitioner. *Solicitor General Marshall* for the United States.

No. 1039. VAN NORMAN INDUSTRIES, INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *John F. Costelloe* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Gilbert E. Andrews* for the United States.

No. 1042. BUONOMO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Melvin B. Lewis* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1057. CLIMAX CHEMICAL Co. *v.* C. F. BRAUN & Co. ET AL. C. A. 10th Cir. Certiorari denied. *Leroy Jeffers, C. Melvin Neal* and *Tom W. Neal* for petitioner. *J. R. Modrall* for respondent C. F. Braun & Co., *John B. Tittman* for respondents J. T. Thorpe, Inc., et al., and *David G. Housman* for respondent Heyward-Robinson Co.